IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RIGGS DRUG COMPANY, INC., <br> FANNON FAMILY INVESTMENTS, L.P., <br> JOHN H. CLAIBORNE, <br> WILLIAM F. CLAIBORNE, JR., <br> KATHY LIPPS, CAROL COWART, and <br> MARSHA WILSON, <br><br> Plaintiffs, <br><br> v. <br><br> OWNERS INSURANCE COMPANY d/b/a <br> AUTO-OWNERS INSURANCE <br> COMPANY, <br><br> Defendant. | No. _____ |

## NOTICE OF REMOVAL

Defendant Owners Insurance Company d/b/a Auto-Owners Insurance Company, pursuant to 28 U.S.C. § 1332 and 1441, hereby gives notice that it is removing this civil action from the Chancery Court for Campbell County, Tennessee, to the United States District Court for the Eastern District of Tennessee at Knoxville.

1. On February 21, 2017, Plaintiffs commenced this civil action against Defendant in the Chancery Court for Campbell County, Tennessee, the action bearing docket no. 7CH1-2017-CV-25 on the docket of that court. Attached as Exhibit A hereto is a copy of the entire contents of the state court file, including the summons and complaint and the letter to Auto-Owners Insurance Company from the State of Tennessee Department of Commerce and Insurance dated February 28, 2017.

2. Defendant Owners Insurance Company received the Complaint on March 8, 2017 via certified mail post-marked on March 6, 2017. The receipt of the summons and complaint were the first notice this Defendant had of the commencement of the action.

3. The Plaintiffs are corporate entities and/or residents of the State of Tennessee. Defendant

is a corporation organized and existing under the laws of the State of Michigan with its office and principal place of business located in Lansing, Michigan.

4. Plaintiffs' complaint seeks damages "in excess of $70,000.00." This is an action for property damage under a contract of insurance. Plaintiffs did make a claim against the defendant for "damages to the structure" (Complaint, paragraph 9). The damages claimed by the Plaintiffs are in excess of $100,000.00. Attached as Exhibit B are copies Plaintiffs' demand letter and repair bills. The actual amount in controversy is clearly in excess of Seventy-five Thousand Dollars ($75,000.00).

5. There is complete diversity between the Plaintiffs and Defendant and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs. This court has original jurisdiction of the claims in the complaint under 28 U.S.C. § 1332. The state court civil action filed by the Plaintiffs is therefore removable to this court pursuant to 28 U.S.C. § 1441.

6. This action has been timely removed within 30 days after receipt of a copy of the initial pleadings setting forth the claim for relief upon which such action is based.

7. Notice of the filing of this notice of removal will be given to the adverse parties.

8. Pursuant to 28 U.S.C. § 1446(d), defendant will promptly give notice of the filing of this Notice of Removal to the Clerk and Master of the Chancery Court of Campbell County, Tennessee, and to counsel for the Plaintiffs. The giving of such notice will effect this removal pursuant to 28 U.S.C. § 1446(a).

Respectfully submitted this the 23rd day of March, 2017.

> Robert A. Crawford/BPR #7396
> Attorney for Defendant Owners Insurance Company
> d/b/a Auto-Owners Insurance Company

2

KRAMER RAYSON LLP
P.O. Box 629
Knoxville, Tennessee 37901-0629
(865) 525-5134

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served, via U.S. Mail, upon:

> Christopher D. Heagerty, Esq.
> 1348 Dowell Springs Blvd.
> Knoxville, Tennessee 37909

This the __23rd__ day of March, 2017.

_____
Robert A. Crawford